NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-223

WENDY DIFULCO, ET AL.

VERSUS

GREG MANUEL, d/b/a GREG'S
DELIVERY SERVICE, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ACADIA, NO. 71,145
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Chief Judge Ned E. Doucet, Jr., Billie Colombaro Woodard and
Jimmie C. Peters, Judges.

REVERSED AND REMANDED.

M. Candice Hattan
Roy & Hattan
Post Office Drawer 91850
Lafayette, LA 70509
(337) 234-0431
COUNSEL FOR DEFENDANT/APPELLEE:
    Allstate Indemnity Company

Carl James Hebert
Courtenay, Hunter & Fontana
400 Poydras St., Suite 1540
New Orleans, LA 70130
(504) 566-1801

**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Wendy Difulco**
    **Charles Difulco, Jr.**

**Dean A. Sutherland**
**Jeansonne & Remondet**
**365 Canal St., Suite 1700**
**New Orleans, LA 70130**
**(504) 524-7333**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Wendy Difulco**
    **Charles Difulco, Jr.**

**John W. Penny, Jr.**
**Penny & Hardy**
**100 East Vermillion St., Suite 301**
**Post Office Box 2187**
**Lafayette, LA 70502**
**(337) 231-1955**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Bernard Bergeron**